

# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

June 10, 1947

Hon. C. H. Cavness  
State Auditor  
Austin, Texas

Opinion No. V-241

Re: Payment to persons discharged or paroled from certain State correctional institutions; Article 5143b, Section 1, V.C.S.

Dear Sir:

We refer to your letter of recent date acknowledged by the Attorney General on May 16, 1947, which, in substance, reads as follows:

Section 1 of Acts 1945, 49th Leg., R.S., Ch. 106, H. B. 105, recorded as Article 5143b, Sec. 1, V.C.S., provides:

"Section 1. Upon the discharge or parole of any person committed to the Gatesville State School for Boys or the Gainesville State School for Girls, the Superintendent of the Institution from which such person is discharged or paroled shall provide them with a complete suit of suitable clothing, and Five Dollars ($5) in money, and procure transportation for them to their homes, if resident of this State, or to the county in which they may have been convicted or to such other place in the State at which said discharged or paroled person may have procured employment or to a place where a suitable home has been found for such person."

The question has arisen (at the Gatesville State School for Boys) as to whether the $5.00 in money and transportation cost can be paid more than once to or for the same boy who has been paroled and then subsequently re-admitted as a parole violator, or possibly taken in again under a new conviction.

The provisions of Section 1 of Article 5143b are clear and unambiguous. Said statute requires that the superintendent at the institutions named therein shall provide any person upon his or her discharge or parole therefrom with a complete suit of suitable clothing and $5.00, and shall secure transportation for said person to some place within the State as generally designated in the Act.

Where a statute, civil or criminal, is expressed in plain and unambiguous language, and its meaning is clear and abvious, there is no room for construction. Gaddy v. First National Bank of Beaumont, 283 S.W. 472; Sparks v. State, 174 S.W. 351.

We think that the provisions of this Act are susceptible of but one interpretation; that whenever and as often as any person is discharged or paroled from one of these institutions, he or she is entitled to the benefits afforded by the specific provisions of this law.

### SUMMARY

Persons discharged or paroled from the State correctional institutions designated in Article 5143b, Section 1, V.C.S., are entitled to the benefits afforded in said Act whenever and as often as they are discharged or paroled therefrom.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _Chester E. Ollison_

Chester E. Ollison
Assistant

APPROVED JUNE 10, 1947

_Price Daniel_

ATTORNEY GENERAL

CEO:djm*